UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A., a foreign corporation; and MEDITERRANEAN SHIPPING COMPANY (USA) INC., a corporation;<br><br>Defendants. | Case No. 3:19-cv-02098-JCS<br><br>[~~PROPOSED~~] **ORDER REGARDING STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FED. R.CIV.P.41(a)(1)(A)(ii)**<br><br>Complaint filed: April 18, 2019 |

The parties having resolved their disputes, and stipulation to the above stated conditions for dismissal, IT IS ORDERED:

The clerk of the court shall enter this Order of Dismissal with Prejudice.

IT IS SO ORDERED

Dated: October 9, 2019

_____
Honorable Judge Joseph C. Spero